IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| Amanda Green, individually, as Personal Representative of the Estate of Duane Allen Green, Deceased, and on behalf of the heirs and next of kin of Duane Allen Green, Deceased,<br><br>        Plaintiff,<br><br>  vs.<br><br>Donald Smedberg,<br><br>        Defendants. | **ORDER RE ADMISSION PRO HAC VICE**<br><br>Case No. 1:13-cv-037 |

Before the court is the Plaintiff's Motion for attorney E. Blake Paul to appear *pro hac vice* on her behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney E. Blake Paul has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiff's motion (Docket No. 7) is **GRANTED**. Attorney E. Blake Paul is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

    **IT IS SO ORDERED.**

    Dated this 28th day of May, 2013.

                                      */s/ Charles S. Miller, Jr.*
                                      Charles S. Miller, Jr.
                                      United States Magistrate Judge