**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Amanda Green, individually, as Personal Representative of the Estate of Duane Allen Green, Deceased, and on behalf of the heirs and next of kin of Duane Allen Green, Deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> Donald Smedberg, <br><br> Defendant. | **ORDER CONTINUING DISPOSITIVE MOTION DEADLINE, FINAL PRETRIAL CONFERENCE, AND JURY TRIAL** <br><br><br> Case No. 1:13-cv-037 |

On June 9, 2014, the court held a telephonic status conference to discuss continuing deadlines in the existing Scheduling/Discovery Order and the trial date. E. Blake Paul appeared on plaintiff's behalf. Richard A. Clapp and Marianne Knudson appeared on behalf of defendant Donald Smedberg. Jerry W. Evenson appeared on behalf of defendant Safe Com, LLC.

Pursuant to the agreement of the parties, the court **ORDERS** as follows:

1. The parties shall have until **February 1, 2015**, to file other dispositive motions (summary judgment as to all or part of the case).

2. The final pretrial conference is reset for **June 2, 2015 at 2:00 p.m.** before Judge Miller. The conference will be conducted via telephone conference call to be initiated by the court.

3. The jury trial is reset for **June 15, 2015 at 9:30 a.m.** in Bismarck before Judge Hovland. The trial is set for five (5) days.

The parties shall establish new deadlines for the additional items contained in the existing Scheduling/Discovery Order as necessary. The parties shall memorialize the agreed upon deadlines

in writing, and may, but need not, file with the court a stipulation establishing the new deadlines.

**IT IS SO ORDERED.**

Dated this 9th day of June, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court